In the Matter of Rose Krapp et al., Respondents, against Paul Kern et al., Constituting the Municipal Civil Service Commission of the City of New York, et al., Appellants.

Argued June 1, 1939; decided June 21, 1939.

*William C. Chanler,* Corporation Counsel (*Nicholas Bucci* and *Paxton Blair* of counsel), for appellants.

*Austin B. Mandel* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.